**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    TRINA D. WHITLOCK-YOUNG      Case No. 14-19460
                                                       Chapter 13
             Debtor                          Judge Jack B. Schmetterer
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Branch Banking and Trust Company
Our File No. C14-05596

Tyree V. Wright
Attorney for Debtor
105 W Madison, 23rd Floor
Chicago, IL 60602
(312) 853-0200
_____/

## OBJECTION TO CONFIRMATION

**NOW COMES** Branch Banking and Trust Company and its Principal, Successors, Heirs, and Assigns (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and for their Objection to the Confirmation of the Chapter 13 Bankruptcy Plan filed for Debtor Trina D. Whitlock-Young (herein "Debtor") by her attorney Tyree V. Wright state as follows:

1. The Debtor filed a Chapter 13 bankruptcy petition on May 23, 2014.

2. The Debtor also filed her Chapter 13 bankruptcy plan on May 23, 2014.

3. The current plan understates the arrears for the real property located at 15300 Evers St., Dolton, Illinois. Creditor filed a Proof of Claim with the arrearages in the amount of $52,729.55.

4. The current plan understates the amount of the ongoing monthly mortgage payment to be paid directly. The ongoing monthly mortgage payment is in the amount of $1,306.16.

**WHEREFORE**, Creditor respectfully requests that this Court deny confirmation of Debtors' bankruptcy plan, and in addition, creditor hereby requests and moves this court to enter an order dismissing this Bankruptcy case as the Debtor has not met the obligations set forth and has failed to propose a confirmable chapter 13 plan.

Dated: July 21, 2014        /s/ *Caleb J. Halberg*
Potestivo & Associates, P.C.
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Branch Banking and Trust Company
Our File No. C14-05596